IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:00cr36-SPM/AK

WILLIAM CLARK JONES,

    Defendant.
_____/

**ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated May 2, 2005 (doc. 124). The parties have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 124) is ADOPTED and incorporated by reference in this order.

2. The motion of Defendant William Clark Jones to vacate, set aside, or correct sentencing pursuant to 28 U.S.C. § 2255 (doc. 110) is granted.

    3.    Defendant will be resentenced as if he had entered a plea of guilty to Count 1 of the indictment and had not gone to trial.

    4.    Counsel is appointed to represent Defendant for resentencing.

    5.    The parties will be advised of the date for resentencing by separate notice.

DONE AND ORDERED this 13th day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 1:00cr36-SPM/AK