IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 1:00cr36-SPM/AK

WILLIAM CLARK JONES,

    Defendant.

_____/

## ORDER CONTINUING RESENTENCING

Upon consideration of Defendant's Motion to Continue Resentencing (doc. 131), which the Government does not oppose, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 131) is granted.

2.     Resentencing is continued to Tuesday, October 11, 2005 at 1:30 p.m.

DONE AND ORDERED this 7th day of September, 2005.

          *s/ Stephan P. Mickle*

          Stephan P. Mickle
          United States District Judge