IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             CASE NO.: 1:00CR36-SPM

WILLIAM CLARK JONES,

    Defendant.
_____/

## ORDER SETTING RESENTENCING HEARING

The Court has been advised that Defendant has reviewed case files that were sent in from archived records. Defendant is now ready to proceed to resentencing. Accordingly, it is

ORDERED AND ADJUDGED that Defendant's resentencing hearing is set for Monday, June 25, 2007, at 1:30 p.m.

DONE AND ORDERED this 6th day of June, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge